**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2168**

———————

SAM ANTHONY, a/k/a Bennie L. Outlaw,

Plaintiff - Appellant,

versus

THE UNITED STATES ATTORNEY GENERAL; UNITED
STATES AMERICAN GOVERNMENT; DEPARTMENT OF
SOCIAL SECURITY ADMINISTRATION; DEPARTMENT OF
JUSTICE,

Defendants - Appellees.

———————

**No. 02-2169**

———————

SAM ANTHONY, a/k/a Bennie L. Outlaw,

Plaintiff - Appellant,

versus

THE UNITED STATES ATTORNEY GENERAL; UNITED
STATES AMERICAN GOVERNMENT; DEPARTMENT OF
JUSTICE; UNITED STATES DEPARTMENT OF TAXATION,

Defendants - Appellees.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge; F. B. Stillman, Magistrate Judge. (CA-02-626, CA-02-627)

———————————

Submitted:  December 19, 2002          Decided:  December 30, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Sam Anthony, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sam Anthony filed notices of appeal in each of two actions he had pending in the district court. However, the district court had not yet entered orders in either of the cases. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because no order had been entered—much less a final order or an appealable interlocutory or collateral order—we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3